No. 415. BOARD OF DIRECTORS OF ST. FRANCIS LEVEE DISTRICT *v.* KURN ET AL., TRUSTEES. November 14, 1938.

648

Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Walter G. Riddick, Charles T. Coleman,* and *Burk Mann* for petitioner. *Messrs. E. L. Westbrooke, A. P. Stewart,* and *J. W. Jamison* for respondents.

